**Information to identify the case:**

| | |
|---|---|
| Debtor 1: | **Jocilyn Tashay Meredith** |
| | First Name   Middle Name   Last Name |
| Debtor 2: | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |

Social Security number or ITIN:   xxx–xx–9266
EIN:   _ _–_ _ _ _ _ _ _

Social Security number or ITIN:  _ _ _ _
EIN:   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court:   District of New Jersey

Date case filed for chapter:        7      6/19/26

Case number:   26–17131–ABA

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Jocilyn Tashay Meredith | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 26 Monroe Dr<br>Maple Shade, NJ 08052–1412 | | |
| 4. | **Debtor's attorney**<br>Name and address | Michael I. Assad<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road<br>Suite 336<br>Cherry Hill, NJ 08002 | | Contact phone 609–808–3300<br><br>Email:  mike@assad.law |
| 5. | **Bankruptcy trustee**<br>Name and address | Maureen P. Steady<br>2 Kings Highway West<br>Suite 102<br>Haddonfield, NJ 08033 | | Contact phone 856–428–1060 |

**For more information, see page 2 >**

Debtor  **Jocilyn Tashay Meredith**                                              Case number **26–17131–ABA**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: Monday thru Friday 9:00am – 4:00pm CLOSED ON WEEKENDS AND FEDERAL HOLIDAYS<br><br>Contact phone: 856–361–2300<br><br>Date: 6/20/26 |
| **7.** | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **July 20, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 407 947 5884, Click on JOIN using passcode 6537318063, or call 1–856–329–4207**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 9/18/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

United States Bankruptcy Court

District of New Jersey

In re:

Jocilyn Tashay Meredith
    Debtor

Case No. 26-17131-ABA

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 3

Date Rcvd: Jun 22, 2026          Form ID: 309A          Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jocilyn Tashay Meredith, 26 Monroe Dr, Maple Shade, NJ 08052-1412 |
| 521259596 | | Deerfield Associates LP, 100 Fox Meadow Dr, Maple Shade, NJ 08052-1401 |
| 521259599 | | Fox Meadow Apartments, 100 Fox Meadow Dr, Maple Shade, NJ 08052-1401 |
| 521259600 | | Gibbsboro Realty LLC, 411 E Gibbsboro Rd, Lindenwold, NJ 08021-1877 |
| 521259601 | | Greenblatt Lieberman Richards & Weishoff LLC, 203 High St, Mount Holly, NJ 08060-1403 |
| 521259620 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T-Mobile, Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 521259609 | | New Jersey Motor Vehicle Commission, Attn: Bankruptcy, 225 E State St, Trenton, NJ 08608-1800 |
| 521259610 | | New Jersey Office of Child Support Services, Administrative Enforcement Unit, Po Box 709, Trenton, NJ 08625-0709 |
| 521259612 | | Office of the Attorney General, 25 Market St, Trenton, NJ 08611-2148 |
| 521259613 | | Powhida & Cano PLLC, 26 S Pearl St, Albany, NY 12207 |
| 521259619 | | Sperlonga Data & Analytics, Attn: Bankruptcy, 30 N Gould St, Sheridan, WY 82801-6317 |
| 521259621 | | U.S. Attorney's Office (NJ), Attn: Civil Process Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2534 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mike@assad.law | Jun 22 2026 23:19:00 | Michael I. Assad, Law Office of Mike Assad, P.C., 923 Haddonfield Road, Suite 336, Cherry Hill, NJ 08002 |
| tr | | EDI: BMPSTEADY | Jun 23 2026 02:51:00 | Maureen P. Steady, 2 Kings Highway West, Suite 102, Haddonfield, NJ 08033 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 22 2026 23:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 22 2026 23:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521259593 | | Email/Text: Bankruptcy@michaelandrewsllc.com | Jun 22 2026 23:20:00 | Autovest LLC, Attn: Bankruptcy, 26261 Evergreen Rd Ste 350, Southfield, MI 48076-4447 |
| 521259590 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 22 2026 23:25:10 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 521259591 | | Email/Text: csc.bankruptcy@amwater.com | Jun 22 2026 23:22:00 | American Water, Attn: Bankruptcy, 1 Water St, Camden, NJ 08102-1658 |
| 521259592 | | Email/Text: bankruptcy@pepcoholdings.com | Jun 22 2026 23:21:00 | Atlantic City Electric Company, Bankruptcy Division, Mail Stop 84CP42, 5 Collins Dr Ste 2133, Penns Grove, NJ 08069-3600 |
| 521259594 | | EDI: CAPITALONE.COM | Jun 23 2026 02:51:00 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 521259595 | | Email/PDF: creditonebknotifications@resurgent.com | | |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: Jun 22, 2026 | Form ID: 309A | Total Noticed: 38

| | | | |
|---|---|---|---|
| | | Jun 22 2026 23:24:38 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521259597 | ^ MEBN | Jun 22 2026 23:10:10 | Faloni Law Group LLC, 425 Eagle Rock Ave Ste 404, Roseland, NJ 07068-1717 |
| 521259598 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 22 2026 23:24:34 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 521259602 | EDI: LCIICSYSTEM | Jun 23 2026 02:51:00 | IC System Inc., Attn: Bankruptcy, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 521259603 | EDI: IRS.COM | Jun 23 2026 02:51:00 | Internal Revenue Service, Attn: Bankruptcy, Po Box 7346, Philadelphia, PA 19101-7346 |
| 521259620 | EDI: JCTM | Jun 23 2026 02:51:00 | T-Mobile, Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 521259604 | EDI: JPMORGANCHASE | Jun 23 2026 02:51:00 | JPMorgan Chase, Attn: Bankruptcy, 270 Park Ave, New York, NY 10017-2014 |
| 521259605 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2026 23:24:53 | LVNV Funding LLC, Attn: Bankruptcy, 355 S Main St, Greenville, SC 29601-2923 |
| 521259607 | Email/Text: EBN@Mohela.com | Jun 22 2026 23:20:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 521259606 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 22 2026 23:25:01 | Merrick Bank Corp, Attn: Bankruptcy, 10705 S Jordan Gtwy Ste 200, South Jordan, UT 84095-3977 |
| 521259611 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 22 2026 23:20:00 | NJ E-ZPass, Attn: Bankruptcy, PO Box 4971, Trenton, NJ 08650-4971 |
| 521259614 | ^ MEBN | Jun 22 2026 23:09:18 | PSEG, Attn: Bankruptcy, 80 Park Plz, Newark, NJ 07102-4194 |
| 521259615 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2026 23:24:41 | Resurgent Capital Services LLC, Attn: Bankruptcy, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 521259616 | ^ MEBN | Jun 22 2026 23:07:28 | Revco Solutions, Attn: Bankruptcy, 2700 Meridian Pkwy Ste 200, Durham, NC 27713-2441 |
| 521259617 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jun 22 2026 23:19:00 | Sezzle, Attn: Bankruptcy, 700 Nicollet Mall, Suite 640, Minneapolis, MN 55402 |
| 521259608 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 22 2026 23:20:00 | New Jersey Division of Taxation, Attn: Bankruptcy, 3 John Fitch Wy 5th Floor, Trenton, NJ 08695-0001 |
| 521259618 | Email/Text: clientservices@sourcerm.com | Jun 22 2026 23:22:00 | Source Receivables Management, Attn: Bankruptcy, 4615 Dundas Dr, Greensboro, NC 27407-1650 |
| 521259622 | EDI: VERIZONCOMB.COM | Jun 23 2026 02:51:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr # 550, Saint Charles, MO 63304-2225 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-1                     User: admin                                  Page 3 of 3
Date Rcvd: Jun 22, 2026                  Form ID: 309A                                Total Noticed: 38

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Jun 24, 2026                       Signature:        /s/Gustava Winters