Certificate Number: 13861-NJ-DE-041285236

Bankruptcy Case Number: 26-17131



13861-NJ-DE-041285236

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 4, 2026,</u> at <u>8:25</u> o'clock <u>AM PDT</u>, <u>Jocilyn Tashay Meredith</u> completed a course on personal financial management given <u>by internet</u> by <u>Evergreen Financial Counseling</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>August 4, 2026</u>          By:     <u>/s/Adam Overton</u>

                                      Name:  <u>Adam Overton</u>

                                      Title:  <u>Counselor</u>