**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jocilyn Tashay Meredith<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–9266 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 26–17131–ABA | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jocilyn Tashay Meredith

9/25/26

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-17131-ABA
Jocilyn Tashay Meredith Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3
Date Rcvd: Sep 25, 2026 Form ID: 318 Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jocilyn Tashay Meredith, 26 Monroe Dr, Maple Shade, NJ 08052-1412 |
| 521259596 | Deerfield Associates LP, 100 Fox Meadow Dr, Maple Shade, NJ 08052-1401 |
| 521259599 | Fox Meadow Apartments, 100 Fox Meadow Dr, Maple Shade, NJ 08052-1401 |
| 521259600 | Gibbsboro Realty LLC, 411 E Gibbsboro Rd, Lindenwold, NJ 08021-1877 |
| 521259601 | Greenblatt Lieberman Richards & Weishoff LLC, 203 High St, Mount Holly, NJ 08060-1403 |
| 521259609 | New Jersey Motor Vehicle Commission, Attn: Bankruptcy, 225 E State St, Trenton, NJ 08608-1800 |
| 521259610 | New Jersey Office of Child Support Services, Administrative Enforcement Unit, Po Box 709, Trenton, NJ 08625-0709 |
| 521259612 | Office of the Attorney General, 25 Market St, Trenton, NJ 08611-2148 |
| 521259613 | Powhida & Cano PLLC, 26 S Pearl St, Albany, NY 12207 |
| 521259619 | Sperlonga Data & Analytics, Attn: Bankruptcy, 30 N Gould St, Sheridan, WY 82801-6317 |
| 521259621 | U.S. Attorney's Office (NJ), Attn: Civil Process Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2534 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 25 2026 21:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 25 2026 21:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521259593 | | Email/Text: Bankruptcy@michaelandrewsllc.com | Sep 25 2026 21:35:00 | Autovest LLC, Attn: Bankruptcy, 26261 Evergreen Rd Ste 350, Southfield, MI 48076-4447 |
| 521259590 | | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 25 2026 21:45:46 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 521259591 | | Email/Text: csc.bankruptcy@amwater.com | Sep 25 2026 21:36:00 | American Water, Attn: Bankruptcy, 1 Water St, Camden, NJ 08102-1658 |
| 521259592 | | Email/Text: bankruptcy@pepcoholdings.com | Sep 25 2026 21:36:00 | Atlantic City Electric Company, Bankruptcy Division, Mail Stop 84CP42, 5 Collins Dr Ste 2133, Penns Grove, NJ 08069-3600 |
| 521259594 | | EDI: CAPITALONE.COM | Sep 26 2026 01:09:00 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 521259595 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 25 2026 21:45:22 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521259597 | ^ | MEBN | Sep 25 2026 21:33:53 | Faloni Law Group LLC, 425 Eagle Rock Ave Ste 404, Roseland, NJ 07068-1717 |
| 521259598 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 25 2026 21:45:42 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 521259602 | | EDI: LCIICSYSTEM | Sep 26 2026 01:09:00 | IC System Inc., Attn: Bankruptcy, 444 Highway 96 E, Saint Paul, MN 55127-2557 |

| | | | | |
|---|---|---|---|---|
| 521259603 | | EDI: IRS.COM | Sep 26 2026 01:09:00 | Internal Revenue Service, Attn: Bankruptcy, Po Box 7346, Philadelphia, PA 19101-7346 |
| 521259620 | | EDI: JCTM | Sep 26 2026 01:09:00 | T-Mobile, Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 521259604 | | EDI: JPMORGANCHASE | Sep 26 2026 01:09:00 | JPMorgan Chase, Attn: Bankruptcy, 270 Park Ave, New York, NY 10017-2014 |
| 521259605 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2026 21:45:34 | LVNV Funding LLC, Attn: Bankruptcy, 355 S Main St, Greenville, SC 29601-2923 |
| 521259607 | | Email/Text: EBN@Mohela.com | Sep 25 2026 21:35:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 521259606 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 25 2026 21:45:31 | Merrick Bank Corp, Attn: Bankruptcy, 10705 S Jordan Gtwy Ste 200, South Jordan, UT 84095-3977 |
| 521259611 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 25 2026 21:35:00 | NJ E-ZPass, Attn: Bankruptcy, PO Box 4971, Trenton, NJ 08650-4971 |
| 521259614 | ^ | MEBN | Sep 25 2026 21:33:27 | PSEG, Attn: Bankruptcy, 80 Park Plz, Newark, NJ 07102-4194 |
| 521259615 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2026 21:45:23 | Resurgent Capital Services LLC, Attn: Bankruptcy, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 521259616 | ^ | MEBN | Sep 25 2026 21:31:31 | Revco Solutions, Attn: Bankruptcy, 2700 Meridian Pkwy Ste 200, Durham, NC 27713-2441 |
| 521259617 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Sep 25 2026 21:35:00 | Sezzle, Attn: Bankruptcy, 700 Nicollet Mall, Suite 640, Minneapolis, MN 55402 |
| 521259608 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 25 2026 21:35:00 | New Jersey Division of Taxation, Attn: Bankruptcy, 3 John Fitch Wy 5th Floor, Trenton, NJ 08695-0001 |
| 521259618 | | Email/Text: clientservices@sourcerm.com | Sep 25 2026 21:36:00 | Source Receivables Management, Attn: Bankruptcy, 4615 Dundas Dr, Greensboro, NC 27407-1650 |
| 521259622 | | EDI: VERIZONCOMB.COM | Sep 26 2026 01:09:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr # 550, Saint Charles, MO 63304-2225 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maureen P. Steady | trustee@kurtzmansteady.com<br>mps@trustesolutions.net,J121@ecfcbis.com,telaak@kurtzmansteady.com,steady@premierremote.com |
| Michael I. Assad | on behalf of Debtor Jocilyn Tashay Meredith mike@assad.law<br>mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3